JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SHARP ELECTRONIC LIMITED,<br><br>*Plaintiff,*<br><br>v.<br><br>SEMICONDUCTOR MANUFACTURING SOUTH CHINA CORPORATION, et al.,<br><br>*Defendants.* | Case No. 2:23-cv-08934-CAS-AGRx |

**[JOINT PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On April 4, 2025, Plaintiff High Sharp Electronic Limited and Defendant Semiconductor Manufacturing International Corporation filed a Joint Stipulation of Voluntary Dismissal per Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requested that the Court enter this Order of Dismissal.

**IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action in its entirety.

**IT IS SO ORDERED.**

**ENTERED** this  4th  day of   April      .

*[signature: Christina A. Snyder]*
UNITED STATES DISTRICT JUDGE